AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAVON R.D. THOMAS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-4

JUDGE ROBERT HARRIS ODELL,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 2, 2022, this case is dismissed without prejudice. Further, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

June 7, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03